CITY OF BUFFALO, Respondent, *v.* JENNIE W. COTTLE et al., as Executors of OCTAVIUS O. COTTLE, Deceased, et al., Appellants, Impleaded with Others.

Argued April 12, 1938; decided May 24, 1938.

*Edmund P. Cottle* for appellants.

*David Diamond, Corporation Counsel (Bertha J. Strootman* of counsel), for respondent.

Judgment affirmed, with costs, on the authority of *Rubin* v. *Cottle* (273 N. Y. 544). Motion to dismiss appeal denied. No opinion. (See 278 N. Y. 712.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.